Case 1:26-cv-07229-DLC Document 8 Filed 08/25/26 Page 1 of 2

MEER M. MIZANUR RAHMAN, ESQ.
Law Office of Meer M. Mizanur Rahman
305 Broadway, Suite 610
New York, New York 10007
Telephone: (212) 732-2220
Email: meer@meerlawny.com
Attorney for Plaintiff

August 25, 2026

VIA ECF
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

The conference is adjourned to 8/31 at 2 pm.
Denise Cote
8/25/26

Re: **Huang v. Mullin et al.**
Case No. **1:26-cv-07229-DLC**

**Letter Motion to Adjourn the August 27, 2026 Conference**

Dear Judge Cote:

I respectfully submit this letter on behalf of Plaintiff to request an adjournment of the conference presently scheduled for August 27, 2026, at 3:00 p.m.

Counsel is unavailable at that time because he is required to appear before the Honorable Steven B. Fuller, Immigration Judge, at the Stewart Immigration Court in Lumpkin, Georgia, on behalf of a detained noncitizen. Because the immigration proceeding concerns a detained individual, counsel's appearance is time-sensitive and cannot readily be rescheduled.

Counsel has already purchased airline tickets and completed the necessary travel arrangements. Counsel is scheduled to depart LaGuardia Airport at 4:55 p.m. on

Case 1:26-cv-07229-DLC Document 8 Filed 08/25/26 Page 2 of 2

August 26, 2026, and to depart Atlanta at 6:37 p.m. on August 27, 2026, following the Immigration Court appearance. Copies of the Immigration Court hearing notice and counsel's travel itinerary are available upon the Court's request.

This request is made in good faith and not for purposes of delay. It is Plaintiff's first request to adjourn the conference. Plaintiff respectfully requests that the Court reschedule the conference for a date convenient to the Court after counsel returns to New York. Counsel is available on August 28 or 31, 2026, and September 1, 2, or 3, 2026, or on such other date and time as the Court may direct.

Counsel has made good-faith efforts to contact counsel for Defendants to ascertain their position concerning this request. As of the filing of this letter, however, counsel has been unable to reach Defendants' counsel or otherwise obtain their position.

Accordingly, Plaintiff respectfully requests that the conference scheduled for August 27, 2026, at 3:00 p.m. be adjourned and rescheduled.

Respectfully submitted,

/s/ Meer M. Mizanur Rahman
**MEER M. MIZANUR RAHMAN, ESQ.**
Law Office of Meer M. Mizanur Rahman
305 Broadway, Suite 610
New York, New York 10007
Telephone: (212) 732-2220
Email: meer@meerlawny.com
Attorney for Plaintiff

cc: All counsel of record via ECF