UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUOMEI HUANG,

Plaintiff,

-v-

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; and JOSEPH B. EDLOW, Director of United States Citizenship and Immigration Services,

Respondents.

26cv7229 (DLC)

ORDER

DENISE COTE, District Judge:

On August 25, 2026, the plaintiff filed an emergency motion for a temporary restraining order and order to show cause. As set forth during the conference held on August 31, it is hereby

ORDERED that any opposition is due **September 4, 2026.** Plaintiff's reply is due **September 11, 2026.**

Dated: New York, New York
September 1, 2026

DENISE COTE
United States District Judge